UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:25-CV-00208-CRS

JESSICA E.                                                                                                    PLAINTIFF

v.

FRANK BISIGNANO,[1]                                                                              DEFENDANT
*Commissioner of Social Security*

## ORDER

The Magistrate Judge has filed her Report and Recommendation (DN 17); no objections thereto have been filed and the time for filing objections has expired. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation (DN 17) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date affirming the denial of supplemental security income benefits and disability insurance benefits to Plaintiff.

**IT IS SO ORDERED**.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. He is automatically substituted as the named defendant pursuant to Fed. R. Civ. P. 25(d).